UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| KELSEY BATTLE, | ) | |
| | ) | |
| select | ) | |
| | ) | |
| vs. | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 5:17-CV-627-BO** |
| UNDER ARMOUR, INC.,, | ) | |
| | ) | |
| | ) | |
| select. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that in accordance with the order of the court of appeals, this action is dismissed in its entirety without prejudice. The clerk is directed to close the case.

This Judgment filed and entered on May 25, 2018, and copies served via CM/ECF electronic notification)

William Michael Dowling
Alvin Matthew Ashley
Conor D. Tucker
Kelly Margolis Dagger
Morgan Chu
Victor Jih
Charlotte J. Wen
Robert M. Schwartz
Leslie C. Packer
Charles F. Marshall , III
Meaghan H. Kent
Roger A. Colaizzi
Claire M. Wheeler

May 25, 2018

Peter A. Moore, Jr.
Clerk of Court